**FILED**
December 5, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SURINDER PAL SINGH, ) <br> ) <br> Defendant. ) | Case No. MAG. 08-0426-KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SURINDER PAL SINGH, Case No. MAG. 08-0426-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $105,000.00

    _X_ Unsecured Appearance Bond - $55,000.00.

    _X_ Appearance Bond (Secured by Cash) - $50,000.00.

    _X_ (Other) Conditions as previously stated on the record.

___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/5/08 at 3:23 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge